MORGAN, LEWIS & BOCKIUS LLP
John S. Battenfeld, Bar No. 119513
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071
Tel: +1.213.612.2500
Fax: +1.213.612.2501
john.battenfeld@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Nancy Nguyen, Bar No. 301677
Matthew M. Arnold, Bar No. 341862
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel: +1.714.830.0600
Fax: +1.714.830.0700
nancy.nguyen@morganlewis.com
matthew.arnold@morganlewis.com

Attorneys for Defendant
BAKER TILLY US, LLP

(*Additional counsel listed on next page*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUICHI TAKAHASHI, Individually and on Behalf of those Similarly Situated and Other Aggrieved Employees,<br><br>Plaintiff,<br><br>vs.<br><br>BAKER TILLY US, LLP, a California Limited Liability Partnership; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 8:24-cv-01130-FWS-ADS<br><br>Hon. Fred. W. Slaughter<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint served: April 26, 2024 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 49089432.1

NOTICE OF SETTLEMENT

1  JAMES W. MICHALSKI, State Bar No. 177015
2  DIANE B. SHERMAN, State Bar No. 109919
   CHRISTINA R. KING, State Bar No. 328385
3  **MICHALSKI LAW OFFICES**
   17011 Beach Blvd., Suite 900
4  Huntington Beach, California 92647
   james@jamesmichalskilaw.com
5  Telephone: (818) 489-5069
   Facsimile: (714) 333-4179

6  Attorneys for Plaintiff YUICHI TAKAHASHI

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE, pursuant to Local Rule 16-15.7, that Plaintiff Yuichi Takahashi ("Plaintiff") and Defendant Baker Tilly US, LLP ("Defendant"), by and through their counsel of record, have reached an agreement settle all claims between the parties.

The parties are finalizing the long form settlement agreement. In light of the settlement, the parties request that the Court vacate all pending litigation dates as the parties work to finalize the settlement.

Dated: September 3, 2024      MICHALSKI LAW OFFICES

By: */s/ James Walter Michalski*
James Walter Michalski
Christina R. King
Attorneys for Plaintiff
YUICHI TAKAHASHI

Dated: September 3, 2024      MORGAN, LEWIS & BOCKIUS LLP

By */s/ John S. Battenfeld*
John S. Battenfeld
Nancy Nguyen
Matthew M. Arnold
Attorneys for Defendant
BAKER TILLY US, LLP


# **ATTESTATION**

I, John S. Battenfeld, am the ECF user whose identification and password are being used to file this Notice of Settlement. In compliance with Civil L.R. 5-4.3.4, I hereby attest that all other signatories, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 3, 2024

MORGAN, LEWIS & BOCKIUS LLP

By: /s/*John S. Battenfeld*
John S. Battenfeld
Attorneys for Defendant
BAKER TILLY US, LLP

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Costa Mesa

DB2/ 49089432.1

3

NOTICE OF SETTLEMENT