MORGAN, LEWIS & BOCKIUS LLP
John S. Battenfeld, Bar No. 119513
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501
john.battenfeld@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Nancy Nguyen, Bar No. 301677
Matthew M. Arnold, Bar No. 341862
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel:   +1.714.830.0600
Fax:  +1.714.830.0700
nancy.nguyen@morganlewis.com
matthew.arnold@morganlewis.com

Attorneys for Defendant
BAKER TILLY US, LLP

(*Additional counsel listed on next page*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUICHI TAKAHASHI, Individually and on Behalf of those Similarly Situated and Other Aggrieved Employees,<br><br>Plaintiff,<br><br>vs.<br><br>BAKER TILLY US, LLP, a California Limited Liability Partnership; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 8:24-cv-01130-FWS-ADS<br><br>Hon. Fred. W. Slaughter<br><br>**STIPULATION TO DISMISS ENTIRE ACTION**<br><br>**FED. R. CIV. P. 41** |

1 | JAMES W. MICHALSKI, State Bar No. 177015
2 | DIANE B. SHERMAN, State Bar No. 109919
  | CHRISTINA R. KING, State Bar No. 328385
3 | **MICHALSKI LAW OFFICES**
  | 17011 Beach Blvd., Suite 900
4 | Huntington Beach, California 92647
  | james@jamesmichalskilaw.com
5 | Telephone: (818) 489-5069
  | Facsimile: (714) 333-4179

6 | Attorneys for Plaintiff YUICHI TAKAHASHI

IT IS HEREBY STIPULATED by Plaintiff Yuichi Takahashi ("Plaintiff") and Defendant Baker Tilly US, LLP ("Defendant") (together, the "Parties"), by and through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice with respect to Plaintiff's individual claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  This dismissal is pursuant to a settlement reached by the Parties that resolves Plaintiff's individual claims in their entirety.  The settlement includes dismissal with prejudice of Plaintiff's individual claims under the Labor Code Private Attorneys General Act of 2004, Labor Code §§ 2699 et seq. ("PAGA") and as to Plaintiff's ability to pursue non-individual representative PAGA claims, and dismissal without prejudice of non-individual representative PAGA claims with respect to other allegedly aggrieved employees.  The dismissal without prejudice of non-individual representative PAGA claims will not prejudice the rights and remedies of any absent parties;

IT IS FURTHER STIPULATED that the allegations asserted by Plaintiff on behalf of a putative, uncertified class be and hereby are dismissed without prejudice and without notice to the putative class.  Plaintiff has not moved for class certification, a class has not been certified by the Court, the settlement binds only the individual plaintiff Takahashi, and the settlement does not resolve the claims, issues, or defenses of a certified class.  Under Rule 23(e) of the Federal Rules of Civil Procedure, where a class has not been certified, Court approval is not required for dismissal.  Fed. R. Civ. P. 23(e) (court approval only required for dismissal of "the claims, issues, or defenses of a **certified** class") (emphasis added); *see also* Advisory Committee Notes on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1) ("The new rule requires [court] approval only if the claims, issues or defenses of a **certified** class are resolved by . . . voluntary dismissal.") (emphasis added).  This dismissal is without prejudice and does not resolve any class claims, issues, or defenses.

IT IS FURTHER STIPULATED that, except as set forth in the settlement agreement entered into between the Parties, each party is to bear his or its own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated: October 11, 2024         MICHALSKI LAW OFFICES

By: */s/ James Walter Michalski*
James Walter Michalski
Christina R. King
Attorneys for Plaintiff
YUICHI TAKAHASHI

Dated: October 11, 2024         MORGAN, LEWIS & BOCKIUS LLP

By */s/ John S. Battenfeld*
John S. Battenfeld
Nancy Nguyen
Matthew M. Arnold
Attorneys for Defendant
BAKER TILLY US, LLP

**ATTESTATION**

I, John S. Battenfeld, am the ECF user whose identification and password are being used to file this Notice of Settlement. In compliance with Civil L.R. 5-4.3.4, I hereby attest that all other signatories, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 11, 2024

MORGAN, LEWIS & BOCKIUS LLP

By: /s/*John S. Battenfeld*
John S. Battenfeld
Attorneys for Defendant
BAKER TILLY US, LLP

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

4