**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUICHI TAKAHASHI, Individually and on Behalf of those Similarly Situated and Other Aggrieved Employees,<br><br>Plaintiff,<br><br>vs.<br><br>BAKER TILLY US, LLP, a California Limited Liability Partnership; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 8:24-cv-01130-FWS-ADS<br><br>Hon. Fred. W. Slaughter<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION** |

## ORDER

Based on the Parties' Stipulation, and good cause shown:

**IT IS HEREBY ORDERED:**

1. The Parties' Stipulation to dismiss this action in its entirety is approved and granted.

2. This action is dismissed in its entirety. The dismissal will be with prejudice as to Plaintiff YUICHI TAKAHASHI's individual claims, including under the Labor Code Private Attorneys General Act of 2004, Labor Code §§ 2699 et seq. ("PAGA"), and as to Plaintiff's ability to pursue class and non-individual representative PAGA claims, and without prejudice as to the claims of other putative class members and other allegedly aggrieved employees and the State of California under PAGA.

3. Except as set forth in the settlement agreement entered into between the Parties, each party is to bear his or its own costs and attorney's fees.

**IT IS SO ORDERED.**

Date: October 15, 2024

Hon. Fred. W. Slaughter
U.S. District Court Judge